AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| BEATRICE CUSHNER, <br> *Plaintiff* <br> v. <br> THOMAS W. JACOBS, et al. <br> *Defendant* | Case No.  22-cv-00412 |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Beatrice Cushner

Date:  01/18/2022

*Attorney's signature*

Karen L. Weiss (KW0766)
*Printed name and bar number*

LEVITT LLP
129 Front Street
Mineola, New York 11501

*Address*

kweiss@levittlawllp.com
*E-mail address*

(516) 248-9700
*Telephone number*

(516) 741-9224
*FAX number*