UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

Beatrice Cushner
Plaintiff(s),

vs.

Thomas W. Jacobs and Jacobs Communications Group LLC d/b/a BNC Voice
Defendant(s).

ATTORNEY: LEVITT LLP

CASE NUMBER: 7:22-CV-00412-PMH

DATE OF FILING:

## AFFIDAVIT OF SERVICE

STATE OF South Carolina: COUNTY OF **Charleston** ss:

I, Ronald Brown, being duly sworn deposes and says deponent is not a party to this action and is over the age of eighteen years and resides in the state of South Carolina.

That on **01/22/2022** at **4:30 PM** at **2668 Fountainhead Way, Mount Pleasant, SC 29466**, Deponent served the **Civil Cover Sheet, Summons in a Civil Action, Civil Complaint with Exhibit A** upon **Thomas W. Jacobs**, defendant/respondent/recipient herein.

Said service was effected in the following manner;

By delivering thereat a true copy to **Susan Jacobs, Wife**, a person of suitable age and discretion. That person was also asked by deponent whether said premises was the defendant/respondent/recipient actual place of residence and their reply was affirmative.

Deponent describes the individual served to the best of deponent's ability at the time and circumstances of service as follows: Sex: **Female** Skin: **White** Hair: **Blonde** Age (Approx): **59** Height(Approx): **5'9"** Weight(Approx): **140 lbs** Glasses: **No** Other:

On **01/24/2022**, after delivery of process was effected, deponent enclosed an additional true and attested copy of same in postpaid envelope addressed to the defendant/respondent/recipient at defendant/respondent/recipient place of residence in an official depository and by First Class Mail, under the exclusive care of the United States Postal Service within South Carolina State. The envelope bore the Legend "Personal & Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant/respondent/recipient.

I asked the person spoken to if the defendant/respondent/recipient was in active military service of the United States or the State of South Carolina in any capacity and received a negative reply. The source of my information and the grounds of my belief are the conversations and observations above narrated. Upon information and belief I aver that the defendant/respondent/recipient is not in the military service of South Carolina State or the United States as that term is defined in the statues of South Carolina State or the Federal Soldiers and Sailors Civil Relief Act.

I certify that the foregoing statements made by me are true, correct and my free act and deed. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

State of: S.C.
County of: Charleston
Exp Date: 11/01/29

Ronald Brown

Sworn to before me this

January 26, 2022
*Donald R Moore*

Executive Attorney Service, Inc. 585 Stewart Ave, Ste LL16, Garden City, NY 11530  516-333-3447 Lic# 1422060
Case No: 1640971