UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Beatrice Cushner<br>Plaintiff(s), | ATTORNEY: LEVITT LLP |
| vs. | CASE NUMBER: 7:22-CV-00412-PMH |
| Thomas W. Jacobs and Jacobs Communications Group LLC d/b/a BNC Voice<br>Defendant(s). | DATE OF FILING: |

## AFFIDAVIT OF SERVICE

STATE OF South Carolina: COUNTY OF _Charleston_ ss:

I, Ronald Brown, being duly sworn deposes and says deponent is not a party to this action and is over the age of eighteen years and resides in the state of South Carolina.

That on **1/22/2022** at **4:30 PM** at **2668 Fountainhead Way, Mount Pleasant, SC 29466**,
Deponent served the **Civil Cover Sheet, Summons in a Civil Action, Civil Complaint with Exhibit A** upon **Jacobs Communications Group LLC d/b/a BNC Voice**, defendant/respondent/recipient herein.

Said service was effected in the following manner;

By delivering to and leaving a true copy to **Susan Jacobs** personally, a person who stated to be an authorized agent to receive process service for **Jacobs Communications Group LLC d/b/a BNC Voice**. Deponent knew said LLC so served to be the LLC described in said **Civil Cover Sheet, Summons in a Civil Action, Civil Complaint with Exhibit A** as said defendant/respondent/recipient. Deponent knew the individual accepting service to be an/the **Managing Agent** thereof.

Deponent describes the individual served to the best of deponent's ability at the time and circumstances of service as follows: Sex: **Female** Skin: **White** Hair: **Blonde** Age (Approx): **59** Height(Approx): **5'9"** Weight(Approx): **140 lbs** Glasses: **No** Other:

I certify that the foregoing statements made by me are true, correct and my free act and deed. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

State of S.C.
County of Charleston
Exp 11/01/29

_Ronald Brown_

Sworn to before me this

January 24 2022

_Ronald R Moore_