UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------
BEATRICE CUSHNER,

                                Plaintiff

   -against-

THOMAS W. JACOBS and JACOBS
COMMUNICATIONS GROUP LLC d/b/a
BNC VOICE,

                              Defendants.
----------------------------------------------------------

No. 22 Civ. 00412 (PMH)

## APPEARANCE OF COUNSEL

To:    The Clerk of Court and all parties of record

    I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Defendants Thomas W. Jacobs and Jacobs Communications Group LLC d/b/a/ BNC Voice.

Dated:  February 10, 2022
           New York, New York

                                                /s/ *T. Bryce Jones*
                                                T. Bryce Jones, Esq.
                                                Jones Law Firm, P.C.
                                                *Attorneys for the Defendants*
                               1270 Avenue of the Americas, 7th Floor
                                                     New York, NY 10020
                                                             (212) 258-0685
                                                  bryce@joneslawnyc.com