UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BEATRICE CUSHNER,<br><br>*Plaintiff,*<br><br>v.<br><br>THOMAS W. JACOBS and JACOBS COMMUNICATIONS GROUP, LLC d/b/a BNC VOICE,<br><br>*Defendants.* | Case 7:22-cv-00412 (PMH)<br><br>**NOTICE OF APPEARANCE** |

To:   The Clerk of the Court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Defendants Thomas W. Jacobs and Jacobs Communications Group LLC d/b/a/ BNC Voice.

Dated: August 9, 2022
    New York, New York

*Louis R. Lombardi*
_____

Louis R. Lombardi, Esq.
**Jones Law Firm, P.C.**
1270 6th Avenue, 7th Floor
New York, NY 10020
(212) 258-0685
louis@joneslawnyc.com
*Attorneys for Defendants*